# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TAMMY ADAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **Civil Action No. 2:09-0050** ) Magistrate Judge Brown |
| FICOSA NORTH AMERICA CORPORATION, | ) ) ) |
| Defendant. | ) |

| | |
|---|---|
| JEFF L. BETCHER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **Civil Action No. 2:09-0051** ) Magistrate Judge Brown |
| FICOSA NORTH AMERICA CORPORATION, | ) ) ) |
| Defendant. | ) |

| | |
|---|---|
| TERRIE CLARK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **Civil Action No. 2:09-0052** ) Magistrate Judge Brown |
| FICOSA NORTH AMERICA CORPORATION and DELBAR PRODUCTS, INC., | ) ) ) |
| Defendants. | ) |

| | |
|---|---|
| **JEANNE COX,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **Civil Action No. 2:09-0053** |
| v. | ) Magistrate Judge Brown |
| | ) |
| **FICOSA NORTH AMERICA CORPORATION,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| **CAROL KEARLEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **Civil Action No. 2:09-0054** |
| v. | ) Magistrate Judge Brown |
| | ) |
| **FICOSA NORTH AMERICA CORPORATION,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| **ELIZABETH A. YOUNG,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **Civil Action No. 2:09-0055** |
| v. | ) Magistrate Judge Brown |
| | ) |
| **FICOSA NORTH AMERICA CORPORATION,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| **JULIE L. WADDELL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **Civil Action No. 2:09-0056** |
| v. | ) Magistrate Judge Brown |
| | ) |
| **FICOSA NORTH AMERICA CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| **RANDY STEPP,** )<br>)<br>    **Plaintiff,** )<br>) | **Civil Action No. 2:09-0057**<br>Magistrate Judge Brown |
| v. )<br>) | |
| **FICOSA NORTH AMERICA**<br>**CORPORATION,** )<br>)<br>    **Defendant.** ) | |
| **BARBARA J. SERVISS,** )<br>)<br>    **Plaintiff,** )<br>) | **Civil Action No. 2:09-0058**<br>Magistrate Judge Brown |
| v. )<br>) | |
| **FICOSA NORTH AMERICA**<br>**CORPORATION,** )<br>)<br>    **Defendant.** ) | |
| **JANET SCARBROUGH,** )<br>)<br>    **Plaintiff,** )<br>) | **Civil Action No. 2:09-0059**<br>Magistrate Judge Brown |
| v. )<br>) | |
| **FICOSA NORTH AMERICA**<br>**CORPORATION,** )<br>)<br>    **Defendant.** ) | |
| **LISA GRAMS,** )<br>)<br>    **Plaintiff,** )<br>) | **Civil Action No. 2:09-0077**<br>Magistrate Judge Brown |
| v. )<br>) | |
| **FICOSA NORTH AMERICA**<br>**CORPORATION,** )<br>)<br>    **Defendant.** ) | |

|  |  |  |
|---|---|---|
| LINDA COPELAND, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:09-0079 |
| v. | ) ) ) | Magistrate Judge Brown |
| FICOSA NORTH AMERICA CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

## AGREED ORDER OF JUDGMENT

As evidenced by the signatures of the attorneys of record for the parties hereto, it appears to the Court as follows:

1. These twelve actions should be consolidated for the purpose of entering this Agreed Judgment;

2. All matters and issues in these cases have been compromised and settled, with a judgment against Ficosa North American Corporation, to be entered as one sum for all the consolidated cases, payable as set forth in Attachment A, filed herewith under seal.

It is SO ORDERED.

s/ Joe B. Brown

Joe B. Brown, United States Magistrate Judge